UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| The State of California; ex-rel; by and through SHERWOOD THEODORE: RODRIGUES; Relator; a living sovereign man resting upon the soil; and a constantly expanding list of co-plalintiff John and Jane Does, all suffering similar Abuses by the same group of Corrupted Public-Servants and Organized Crime Racketeering Conspirators;,<br><br>Plaintiffs/Accusers,<br><br>v.<br><br>UNITED STATES OF AMERICA, W. Scott McGregor; J. Steven Lapham; Steven Franklyn Helfand; Robert Joseph Peters; Marcus Daniel Merchasin; James R. Greiner Acting in their Personal, Business, and Official Capacities; and in their Does 1 – 1,000; et al.,<br><br>Defendants/Accused. | Case No. MS05-5034FDB<br><br>ORDER OF DISMISSAL |

Plaintiff Rodrigues, of Petaluma, California, purports to file a felony criminal complaint on behalf of the state of California alleging, among other things, treason, racketeering, extortion, barratry, and obstruction of justice. Rodrigues cites RCW 7.56.020, Quo Warranto for the proposition that he is entitled to file such a cause of action because he "does claim an interest in each

ORDER - 1

1  and all of these offices." Rodrigues also submits an 18-page "Memorandum/Article in Support of
2  Common People Directly Prosecuting Quo-Warranto/State-Ex-Rel Criminal Complaints"; a 17-page
3  "Memorandum/Article Explaining an Artificial/DeFacto Over-Lay in the Government of the State of
4  Washington"; a "Libel of Review/Counterclaim in Admiralty" that indicates the cause of action in
5  United States District Court in Sacramento, California; and a document entitled "Sovereignty-
6  Finding of Facts" that concludes that Rodrigues "is natural, free, sovereign and born in Hawaii, a
7  Republic united by and under the Constitution for the United States of America.

8  The documents are unintelligible and no cause of action within the jurisdiction of this Court
9  can be discerned. The documents filed are gibberish and bear no relation to the kind of action that is
10 usually filed as a miscellaneous case in this Court. This cause of action must be dismissed.

11 ACCORDINGLY, IT IS ORDERED: This cause of action is DISMISSED.

12 DATED this 10th day of November, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2